IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACOB DANSBY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No.    2:06-cv-436-LSC-TMP |
| | ) | |
| KENNY JONES, Warden; | ) | |
| ATTORNEY GENERAL OF | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

On September 8, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice.  No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 2244(b)(3)(A) because the petitioner's failure to obtain the necessary authorization of the Eleventh Circuit Court of Appeals to file a successive petition has left this court without subject-matter jurisdiction to adjudicate petitioner's claim.

Done this 4th day of October 2006.

                                            L. SCOTT COOGLER  
                                   UNITED STATES DISTRICT JUDGE  
                                                 124153